**Fill in this information to identify the case**

Debtor 1  Darcinia Michelle Nixon

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN District of OHIO
                                                                            (State)
Case number   14-50677

## Official Form 410S1
### Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor**: Residential Credit Solutions, Inc., by and through its mortgage servicing agent Seterus, Inc., fka IBM Lender Business Process Services, Inc.,

**Court claim no.** (if known)   9

**Date of payment change**
Must be at least 21 days after date of this notice    8/1/2016

**Last four digits** of any number you use to identify the debtor's account:   7207

**New total payment:**
Principal, interest, and escrow, if any    $669.19

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____    New escrow payment:  $_____

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:   0%     New interest rate:   4%

   Current principal and interest payment: $304.23    New principal and interest payment: $405.40

### Part 3:  Other Payment Change

14-023421_TC

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment: $_____    New mortgage payment: $_____

Debtor 1     Darcinia Michelle Nixon                        Case number (if known) 14-50677
       First Name     Middle Name     Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Adam B. Hall                              Date   July 7, 2016
    Signature

Print:     Adam B. Hall (0088234)                Title   Attorneys for Creditor

Company     Manley Deas Kochalski LLC

Address     P.O. Box 165028
            Number     Street

            Columbus, OH  43216-5028
            City     State     ZIP Code

Contact phone    614-220-5611                 Email    abh@manleydeas.com

14-023421_TC

## **CERTIFICATE OF SERVICE**

I hereby certify that on July _7_, 2016, a copy of the foregoing Notice of Payment Change was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 170 North High Street, #200, Columbus, OH 43215

Frank M. Pees, 130 East Wilson Bridge Road, Suite 200, Worthington, OH 43085, trustee@ch13.org

Mark Albert Herder, Attorney for Darcinia Michelle Nixon, 1031 East Broad Street, Columbus, OH 43205, Markalbertherder@yahoo.com

and on the below listed parties by regular U.S. mail, postage prepaid:

Darcinia Michelle Nixon, 3128 Noe Bixby Road, Columbus, OH 43232

/s/ Adam B. Hall

14-023421_TC



PO Box 1077; Hartford, CT 06143-1077

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

Physical Address
14523 SW Millikan Way; Suite 200; Beaverton, OR 97005

Payments
PO Box 11790; Newark, NJ 07101-4790

Correspondence
PO Box 1077; Hartford, CT 06143-1077

Phone 866.570.5277
Fax 866.578.5277
www.seterus.com

L052AE.1

NIXON, DARCINIA M
c/o MARK ALBERT HERDER
1031 EAST BROAD STREET
COLUMBUS, OH 43205

May 30, 2016
Loan number: Redacted
Serviced by Seterus, Inc.

Dear NIXON, DARCINIA M:

**Changes to Your Mortgage Interest Rate on July 01, 2016**

Under the terms of your stepped rate mortgage, you had a 12-month period during which your interest rate stayed the same. That period ends on July 01, 2016, so on that date your interest rate is scheduled to change. The change in your interest rate corresponds with a scheduled change in your payment amount, beginning with your mortgage payment due on August 01, 2016. After that, according to the schedule provided by your loan documents, your interest rate and payment amount will change on the following dates:

| RATE CHANGE DATE | INTEREST RATE | PAYMENT CHANGE DATE | PAYMENT AMOUNT |
|---|---|---|---|
| July 01, 2016 | 4.00000% | August 01, 2016 | $405.40 |
| July 01, 2017 | 5.00000% | August 01, 2017 | $459.66 |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

NIXON, DARCINIA M
May 30, 2016
Loan number: Redacted

|  | CURRENT RATE AND MONTHLY PAYMENT | NEW RATE AND MONTHLY PAYMENT |
|---|---|---|
| Interest Rate | 2.00000% | 4.00000% |
| Principal and Interest Payment* | $304.23 | $405.40 |
| Escrow (Taxes and Insurance) Payment | $338.90 | $263.79 |
| Total Monthly Payment | $643.13 | $669.19 (due August 01, 2016) |

\* The payment allocation of principal and interest will vary throughout the life of your loan based on the unpaid principal balance at the time of allocation.

**Interest Rate:** Your interest rate is set forth in your loan documents.

**Rate Limits:** Your rate cannot go higher than 5.00000% over the life of the loan. Seterus does not collect carryover interest.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the interest rate prescribed changes set forth in your loan documents.

**Prepayment Penalty:** None. Seterus currently does not impose a prepayment penalty on any loan; however, this policy is subject to change. In the event that this policy changes, future billing statements will be updated accordingly.

**How Your Payments Are Determined:** At the end of the initial fixed-rate term, the interest rate will increase according to the schedule in your modification agreement until it reaches the maximum interest rate specified in the modification. This maximum rate was set at 5.00000% as of the date your loan modification was prepared. This rate was the market rate on the date your modification documents were completed. Once your interest rate reaches this maximum, it will be fixed at that rate for the remaining term of your loan.

Your monthly payment includes an escrow for property taxes, hazard insurance, or other escrowed expenses, which, if changed, will change the monthly payment.

**If You Anticipate Problems Making Your Payments:**
- Contact Seterus at 866.570.5277 as soon as possible.

- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to servicer approval):
    - Refinance your loan with a lender of your choice;

NIXON, DARCINIA M
May 30, 2016
Loan number: Redacted

- <u>Sell your home</u> and use the proceeds to pay off your current loan;
- <u>Modify your loan</u> terms with us;
- <u>Payment forbearance</u> temporarily gives you time to pay your monthly payment.

- If you would like contact information for the counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800.569.4287 or visit www.hud.gov. If you would like contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at www.consumerfinance.gov/mortgagehelp. You may also seek assistance with household budgeting at no charge from HUD approved housing counseling agencies.

- You can also inquire about the Making Home Affordable (MHA) program by contacting the Homeowner's HOPE™ Hotline at 888.995.HOPE (4673). Information regarding the availability of additional educational resources can be found at Fannie Mae's Know Your Options™ website at www.knowyouroptions.com.

If you have any questions, please contact Cindy Branson, Team Lead, at 866.570.5277.

Sincerely,


Seterus, Inc.