UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION DIVISION

IN RE:                                                                                              CASE NO. 14-50677
                                                                                                         CHAPTER 13

Darcinia Michelle Nixon

                                                                                                         JUDGE C KATHRYN PRESTON

           DEBTOR                                           **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, FRANK M PEES TRUSTEE files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US Bank Trust NA as trustee for Bungalow Series F

**Final Cure Amount**

| Court Claim # | Account Number | Claim Amount | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 9 | 7207 | $22,937.87 | $22,937.87 | $22,937.87 |
| Total Amount Paid by Trustee | | | | $22,937.87 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  **X**  Through March 2019 via conduit      ___ Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-50677

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 1st day of April, 2019.

Darcinia Michelle Nixon, 3128 Noe Bixby Rd, Columbus, OH  43232-6359

ELECTRONIC SERVICE - Mark Albert Herder, 1031 East Broad Street, Columbus, OH  43205

Residential Credit Solutions Inc., 4708 Mercantile Drive, Fort Worth, TX  76137

ELECTRONIC SERVICE - Bkmail@rosicki.com

ELECTRONIC SERVICE - amps@manleydeas.com

ELECTRONIC SERVICE - United States Trustee


Date:  April 01, 2019                                      /s/ FRANK M PEES TRUSTEE
                                                           FRANK M PEES TRUSTEE
                                                           Chapter 13 Trustee
                                                           130 E WILSON BRIDGE RD #200
                                                           WORTHINGTON, OH  43085-6300